[No. 11172–1–II. Division Two. May 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS LEE FARRON, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 87–1–00011–7, James B. Sawyer II, J., entered June 1, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 9659–5–II. Division Two. May 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES WILLIAM MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–1–00390–7, Milton R. Cox, J., entered March 6, 1986. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 8715–8–III. Division Three. May 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDAL SCOTT FORMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 86–1–00114–9, James R. Thomas, J., entered June 19, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.